EMILY M. THISSE, Respondent, v. NEW YORK TELEPHONE COMPANY, Appellant. CLYDE THISSE, Respondent, v. NEW YORK TELEPHONE COMPANY, Appellant.— All concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THEW J. ICE, Appellant.— Hill, P. J., Crapser, Heffernan and Schenck, JJ., concur; Bliss, J., dissents.

In the Matter of ABRAHAM A. LIAN et al., as Executors of RAJI LIAN, Deceased, et al., Petitioners, against MARK GRAVES et al., Constituting the State Tax Commission of the State of New York, Respondents.— All concur.

HARRISON SPIAK et al., Respondents, v. MUTUAL COAL CO., INC., Appellant.— All concur.

## FOURTH DEPARTMENT, MARCH, 1943.
### (March 10, 1943.)

In the Matter of STEPHEN MANKO, Appellant, against CITY OF BUFFALO et al., Respondents.— Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.

MARIAN JOHN, as Administratrix of the Estate of MERWIN JOHN, Deceased, Respondent, v. M. MURPHY & SON, INC., et al., Appellants.— Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOYCE SMITH and LEROY BYRD, Appellants.— Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.

NEW YORK CENTRAL RAILROAD COMPANY, Appellant, v. BEACON MILLING COMPANY, INC., Respondent.— Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.

GEORGE H. WESTBROOK, Respondent, v. ONONDAGA COMPANY, Appellant, et al., Defendants.—